FILED
2014 Jan-21 PM 04:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALAN CAMPBELL,<br><br>PLAINTIFF,<br><br>V.<br><br>PROFESSIONAL ADJUSTMENT<br>CORPORATION OF S.W. FLORIDA, INC.,<br><br>DEFENDANT. | )<br>)<br>)<br>)<br>)  CASE NO: 2:13-CV-02155-TGD<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Plaintiff and the Defendant, by and through their counsel of record, and jointly stipulate this Honorable Court may enter an Order dismissing with prejudice all claims asserted, costs taxed as paid.

Submitted this 21 day of January, 2014.


_____
S. Scott Allums
S. Scott Allums, P.C.
506 North 18th Street
Bessemer, Alabama 35020
*Attorney for Plaintiff,*
*Alan Campbell*

_____
Neal D. Moore, III
Ferguson, Frost & Dodson, LLP
1400 Urban Center Drive, Suite 200
Birmingham, Alabama 35242
*Attorney for Defendant,*
*Professional Adjustment Corp of*
*S.W. Florida, Inc.*

{W0377535.1}