FILED
2014 Jan-22  PM 02:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ALAN CAMPBELL, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.  2:13-cv-02155-HGD |
| ) | |
| PROFESSIONAL ADJUSTMENT ) | |
| CORP. OF S.W. FLORIDA, INC., ) | |
| ) | |
| Defendant ) | |

## DISMISSAL ORDER

Pursuant to the Joint Stipulation of Dismissal filed by the parties (Doc. 8), it is ORDERED, ADJUDGED and DECREED that this action is due to be and hereby is DISMISSED WITH PREJUDICE, costs taxed as paid.

DONE this 22nd day of January, 2014.

**VIRGINIA EMERSON HOPKINS**
United States District Judge